In the Matter of the Application of SYLVESTER E. QUINDRY for Admission to the Bar. (From the State of Illinois.) Application granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

CLARENCE T. BULLARD and Others, Copartners, etc., Respondents, v. JOHN THALLON CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of execution for thirty days granted to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

ALVAH L. EHRNMAN, Respondent, v. FRED GERRIETS and Another, Appellants. — Motion to dismiss appeal denied on condition that within ten days appellants pay ten dollars costs, perfect their appeal, and bring the same on for argument at the May term; otherwise, motion granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

FANNY S. EICHELBERGER, Respondent, v. JOHN L. DODGE and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

GEORGE EWALD, JR., an Infant, by GEORGE EWALD, His Guardian ad Litem, Respondent, v. ANTHONY NUOBARA, etc., Appellant.— Motion for reargument denied. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

ALBERT GERSKE, Respondent, v. MILLIE SHACKFORD, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.